No. 65268.—Novelty Import Co., Inc. et al. *v.* United States protests 60/17251, etc. (New York).

371

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.